**MID–VALLEY PIPELINE CO., Appellant,**

v.

**Chas. Wm. ANDERSON, By, etc., Appellees.**

Court of Appeals of Kentucky.

Feb. 19, 1954.

Petition for Rehearing Withdrawn
April 28, 1954.

Wm. P. McEvoy, Burlington, McAfee, Grossman, Taplin, Hanning, Newcomer & Hazlett and H. Vincent E. Mitchell, Cleveland, Ohio, for appellant.

John E. Crigler, A. D. Yelton, Burlington, for appellees.

PER CURIAM.

This is a motion for an appeal from a judgment of the Boone Circuit Court, Honorable Ward Yager, Judge.

The judgment is for $1,500 damages for loss of use of lakes as a fishing resort because of pollution by road oil escaping from the defendant's pipe line.

The court concludes there was no error prejudicial to the substantial rights of the appellant.

The motion for an appeal is overruled and the judgment is affirmed.